AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Teel, Jr., Samuel M. | **2. Court or Organization**<br><br>U.S. Bankr. Ct. D.D.C. | **3. Date of Report**<br><br>05/18/2021 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/18/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Maryland Bankruptcy Bar Association | 05/03/19 to 05/04/19 | Annapolis, MD | Annual Spring Break Meeting | Hotel room, breakfast, lunch. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/18/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1B (H) | | | | | | | | | |
| 2. Charles Schwab Bank | A | Interest | M | T | | | | | |
| 3. Schwab Premier Bank | A | Interest | L | T | | | | | |
| 4. A O N PLC | A | Dividend | K | T | | | | | |
| 5. Abbott Laboratories | A | Dividend | K | T | Buy (add'l) | 04/26/19 | J | | |
| 6. Accenture PLC CL A | A | Dividend | L | T | | | | | |
| 7. Adobe Inc. (ADBE) | | None | K | T | Buy | 01/11/19 | K | | |
| 8. | | | | | Buy (add'l) | 06/21/19 | J | | |
| 9. Air Products & Chemicals | A | Dividend | K | T | Sold (part) | 12/04/19 | K | D | |
| 10. Alphabet Inc. (New Name for Google Inc. CL A VTG) | | None | L | T | | | | | |
| 11. Ametek Inc. New (AME) | A | Dividend | K | T | | | | | |
| 12. Amgen Inc. | A | Dividend | K | T | | | | | |
| 13. Amphenol Corp Class A | A | Dividend | L | T | | | | | |
| 14. ANSYS INC (ANSS) | | None | K | T | Sold (part) | 12/04/19 | J | C | |
| 15. | | | | | Sold (part) | 12/04/19 | J | C | |
| 16. Apple Computer (AAPL) | A | Dividend | L | T | | | | | |
| 17. Automatic Data Processing Inc (ADP) | B | Dividend | L | T | Sold (part) | 05/31/19 | J | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Teel, Jr., Samuel M.** | 05/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Autozone Inc.(AZO) | | None | K | T | | | | | |
| 19. Becton Dickinson & Co. | A | Dividend | K | T | | | | | |
| 20. Check Point Software | | None | K | T | | | | | |
| 21. Church & Dwight Co. Inc. (CHD) | A | Dividend | K | T | | | | | |
| 22. Comcast | A | Dividend | K | T | | | | | |
| 23. Costco Wholesale | A | Dividend | K | T | | | | | |
| 24. Covetrus (Spinoff from Schein Henry) | | None | | | Spinoff (from line 56) | 02/11/19 | J | | |
| 25. | | | | | Sold | 05/14/19 | J | B | |
| 26. Danaher Corp. Del. (DHR) | A | Dividend | K | T | | | | | |
| 27. Ecolab Inc. (ECL) | A | Dividend | K | T | | | | | |
| 28. ESTEE LAUDER CO INC CLASS A (EL) | | None | J | T | Buy | 12/12/19 | J | | |
| 29. Factset Research Sys. | A | Dividend | K | T | | | | | |
| 30. FAIR ISAAC INTL CORP (FICO) | | None | K | T | Buy | 08/30/19 | K | | |
| 31. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 32. Fiserv Inc (FISV) | | None | K | T | Sold (part) | 05/31/19 | J | C | |
| 33. Fortive Corp. | A | Dividend | K | T | | | | | |
| 34. Gartner Inc. | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Harris Corp. [pre-name change to L3HARRIS TECH. INC. (LHX) 07/01/19] | A | Dividend | | | | | | | |
| 36. Home Depot Inc. | A | Dividend | K | T | | | | | |
| 37. HONEYWELL INTL INC | A | Dividend | K | T | | | | | |
| 38. Idexx Labs Inc. (IDXX) | | None | K | T | | | | | |
| 39. Illisnois Tool Works | A | Dividend | K | T | | | | | |
| 40. Intel Corp. (INTC) | A | Dividend | K | T | Buy | 01/11/19 | K | | |
| 41. | | | | | Buy (add'l) | 04/26/19 | J | | |
| 42. Intuit (INTU) | A | Dividend | K | T | | | | | |
| 43. Lab Co. of Amer. Hldg. | | None | K | T | | | | | |
| 44. L3HARRIS TECHNOLOGIES INC. (LHX) [New name of Harris Corp. 07/01/19] | A | Dividend | K | T | | | | | |
| 45. Marathon Pete Corp.] | A | Dividend | K | T | | | | | |
| 46. McCormick & Co Inc Non-Voting (MKC) | A | Dividend | K | T | Sold (part) | 12/04/19 | J | C | |
| 47. | | | | | Sold (part) | 12/04/19 | J | C | |
| 48. METTLER TOLEDO INTL | | None | K | T | Buy (add'l) | 12/12/19 | J | | |
| 49. Microsoft Corp. | A | Dividend | K | T | Buy (add'l) | 01/11/19 | J | | |
| 50. Moodys Corp. | A | Dividend | K | T | | | | | |
| 51. Nike Inc. Class B Common (NKE) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Phillips 66 | A | Dividend | K | T | | | | | |
| 53. Public Storage Inc.(PSA) (appears under "Other Assets" on broker st't) | A | Dividend | J | T | | | | | |
| 54. | A | Distribution | | | | | | | |
| 55. Roper Inds. Inc. New (ROP) (carried by broker as Roper Technologies) | A | Dividend | K | T | Sold (part) | 05/31/19 | J | D | |
| 56. Schein Henry Inc. (HSIC) | | None | K | T | Buy (add'l) | 12/12/19 | J | | |
| 57. Schwab US Treas. Money Inv. (SNSXX) | B | Dividend | | | Buy | 02/28/19 | M | | |
| 58. | | | | | Sold | 09/27/19 | M | | |
| 59. Sherwin Williams Co. | A | Dividend | K | T | | | | | |
| 60. Starbucks Corp. | A | Dividend | K | T | | | | | |
| 61. Taiwan Semiconductors ADR | B | Dividend | K | T | | | | | |
| 62. Thermo Fisher Scientific Inc. (TMO) | A | Dividend | L | T | | | | | |
| 63. Toro Co (TTC) | A | Dividend | K | T | Sold (part) | 05/31/19 | J | C | |
| 64. | | | | | Sold (part) | 05/31/19 | J | B | |
| 65. Unitedhealth Grp. Inc. (UNH) | A | Dividend | K | T | Buy | 06/21/19 | K | | |
| 66. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 67. Verizon Communc'ns (VZ) | | None | | | Buy | 01/11/19 | J | | |
| 68. | | | | | Sold | 02/19/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Walt Disney Co. | A | Dividend | J | T | | | | | |
| 70. 3M Co -- No gain on sale. | A | Dividend | | | Sold | 05/16/19 | J | | |
| 71. AMERN TOWER CORP REIT (AMT) | A | Dividend | K | T | Buy | 03/12/19 | K | | |
| 72. COLORADO SPRINGS CO UTIL 4.75% DUE 11-15-25 | C | Interest | J | T | | | | | |
| 73. CO SPRINGS CO UT 4.75%25 COMB UTIL DUE 11/15/25CALLABLE 11/15/19 @ 100 | A | Interest | | | Redeemed | 11/15/19 | L | | |
| 74. Pa. St. Tpk. due 06/01/2020 (mislisted last yr. as due 09/01/22) | B | Interest | | | Redeemed | 06/01/19 | L | | |
| 75. PENNSYLVANIA ST 5% due 06/01/24 No gain on redemption. | B | Interest | L | T | | | | | |
| 76. PittsburghPA SCD Ref Ser D 5% due 09-01-22 mislisted last year as due | B | Interest | K | T | | | | | |
| 77. 06-01-20 | | | | | | | | | |
| 78. Clark Cnty NV SD 5%24 DB LTX Due 6/15/24 | B | Interest | L | T | | | | | |
| 79. TRINITY RIV TX WW 5% SWR UTIL DUE 08/01/24 | B | Interest | L | T | | | | | |
| 80. STATE OF OHIO 4%25 GO UTX DUE 03/01/25 | B | Interest | L | T | | | | | |
| 81. Schertz-Cibolo-Unvl City TX Indpt SC 5% due 02-01-25 | B | Interest | K | T | | | | | |
| 82. South Portland ME School Dist. Rev. 05-30-2012 4% 7-15-2021 | B | Interest | L | T | | | | | |
| 83. Washington St. Gen. Oblig. 4% due 07/01/20 | B | Interest | L | T | | | | | |
| 84. FORT WORTH TX 5%26 GO LTX DUE 03/01/26 CALLABLE 03/01/25 | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. LOUDOUN CNTY VA W/S 4%28 COMB UTIL DUE 01/01/28 CALLABLE 01/01/23 | A | Interest | K | T | | | | | |
| 86. MA ST SCH BLDG A 3.05%28 EXCISE TAX DUE 08/15/28 CALLABLE 08/15/25 | B | Interest | L | T | | | | | |
| 87. SNOHOMSH CN WA SD15 5%28 GO UTX DUE 12/01/28 CALLABLE 06/01/24 | B | Interest | L | T | | | | | |
| 88. KING CNTY WA SD #41 5%29GO UTX DUE 12/01/29 | B | Interest | L | T | Buy | 06/26/19 | L | | |
| 89. PUYALLUP WA 3%25GO LTX DUE 12/01/25 | A | Interest | K | T | Buy | 11/18/19 | K | | |
| 90. | | | | | | | | | |
| 91. BROKERAGE ACCOUNT NO. 2 (H) | | | | | | | | | |
| 92. Charles Schwab Bank | A | Interest | L | T | | | | | |
| 93. A O N PLC | A | Dividend | K | T | | | | | |
| 94. Abbott Laboratories | A | Dividend | K | T | Buy (add'l) | 04/26/19 | J | | |
| 95. Accenture PLC CL A | A | Dividend | K | T | | | | | |
| 96. Adobe Inc. (ADBE) | | None | K | T | Buy | 01/11/19 | J | | |
| 97. | | | | | Buy (add'l) | 06/21/19 | J | | |
| 98. AIR PROD & CHEMICALS | A | Dividend | J | T | | | | | |
| 99. Alphabet Inc. | | None | J | T | | | | | |
| 100. AMERICAN TOWER CORP [Listed under Other Assets on broker st'ts.] | A | Dividend | K | T | Buy (add'l) | 03/12/19 | J | | |
| 101. Ametek Inc New (AME) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 102. Amgen (AMGN) | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 103. Amphenol Corp New CL A | A | Dividend | K | T | | | | | |
| 104. Ansys Inc. | | None | J | T | | | | | |
| 105. Apple Computer (AAPL) | A | Dividend | K | T | | | | | |
| 106. Automatic Data Processing Inc | A | Dividend | K | T | | | | | |
| 107. Becton Dickinson & Co. | A | Dividend | J | T | | | | | |
| 108. Check Point Software | | None | J | T | | | | | |
| 109. Colgate-Palmolive Corp. | A | Dividend | K | T | | | | | |
| 110. Comcast Corp. Class A | A | Dividend | K | T | | | | | |
| 111. Costco Wholesale | A | Dividend | J | T | | | | | |
| 112. Covertus (Spinoff from Schein Henry) | | None | | | Spinoff<br>(from line 139) | 02/11/19 | J | | |
| 113. | | | | | Sold | 05/14/19 | J | A | |
| 114. Danaher Corp. | A | Dividend | K | T | | | | | |
| 115. Ecolab Inc. (ECL) | A | Dividend | J | T | | | | | |
| 116. Estee Lauder Co. Inc. | A | Dividend | K | T | Sold<br>(part) | 05/31/19 | J | B | |
| 117. Factset Research Sys | A | Dividend | K | T | | | | | |
| 118. Fiserv Inc (FISV) | | None | K | T | Buy<br>(add'l) | 03/12/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. Fair Isaacs Co. (FICO) | | None | J | T | Buy | 08/30/19 | J | | |
| 120. Fortive Corp. | A | Dividend | J | T | | | | | |
| 121. Gartner Inc. | | None | J | T | | | | | |
| 122. Harris Corp. [pre-name change to L3HARRIS] TECHNOLOGIES 7/22/19] | A | Dividend | | | Sold (part) | 05/31/19 | J | B | |
| 123. Home Depot Inc. | A | Dividend | J | T | | | | | |
| 124. HONEYWELL INTL INC | A | Dividend | J | T | | | | | |
| 125. Idexx Labs Inc. (IDXX) | | None | J | T | | | | | |
| 126. Illinois Tool Works | A | Dividend | K | T | | | | | |
| 127. Intel (INTC) | A | Dividend | K | T | Buy | 04/26/19 | K | | |
| 128. Intuit (INTU) | A | Dividend | K | T | | | | | |
| 129. Lab Co of Amer Hldg (LH) | | None | J | T | | | | | |
| 130. L3Harris Technologies Inc. (LHX) | A | Dividend | J | T | | | | | |
| 131. Marathon Pete Corp. | A | Dividend | J | T | | | | | |
| 132. McCormick & Co. Inc. | A | Dividend | J | T | | | | | |
| 133. METTLER TOLEDO INTL F | | None | J | T | | | | | |
| 134. Microsoft Corp. | A | Dividend | K | T | Buy (add'l) | 01/11/19 | J | | |
| 135. Moodys Corp. | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br>(2)<br>Date<br>mm/dd/yy | <br>(3)<br>Value<br>Code 2<br>(J-P) | <br>(4)<br>Gain<br>Code 1<br>(A-H) | <br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 136. Phillips 66 | A | Dividend | J | T | | | | | |
| 137. Public Storage Inc. (PSA) (Broker st't lists under "Other Assets") | A | Dividend | J | T | | | | | |
| 138. Roper Indus. Inc. (ROP) | A | Dividend | K | T | | | | | |
| 139. SCHEIN HENRY INC (HSIC) | | None | J | T | | | | | |
| 140. Sherwin Williams Co. | A | Dividend | K | T | Sold (part) | 12/04/19 | J | B | |
| 141. STARBUCKS CORP | A | Dividend | J | T | | | | | |
| 142. Taiwan Semiconductor F ADR | A | Dividend | J | T | | | | | |
| 143. Thermo Fisher (TMO) | A | Dividend | K | T | | | | | |
| 144. Toro Co (TTC) | A | Dividend | K | T | Sold (part) | 05/31/19 | J | B | |
| 145. Unitedhealth Group Inc. (UNH) | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 146. Verizon Communcns. (VZ) | | None | | | Buy | 01/11/19 | J | | |
| 147. | | | | | Sold | 02/19/19 | J | | |
| 148. Walt Disney Co. | A | Dividend | K | T | | | | | |
| 149. 3M Co. [No gain on sale.] | A | Dividend | | | Sold | 05/16/19 | J | | |
| 150. MARYLAND ST 5%25 GO UTX DUE 08/01/25 PRE-REFUNDED 08/01/22 | B | Interest | K | T | | | | | |
| 151. Pa. St G/O 5% due 04-01-26 | B | Interest | K | T | | | | | |
| 152. Salt Lake CN UT S 2.5%25 Excise Tax due 02/01/25 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 153. State of Ohio 4%25 GO UTX Due 03/01/25 Callable 03/01/24 at 100 | A | Interest | K | T | | | | | |
| 154. FORT WORTH TX 5%26 GO LTX DUE 03/01/26 CALLABLE 03/01/25 | B | Interest | K | T | | | | | |
| 155. FL ST B/E PUB ED 2.8%27 ALLC TAX DUE 06/01/27 Callable 06/01/24 at 100 | B | Interest | L | T | | | | | |
| 156. Va. Commonwealth 5% due 06/01/19 -- no gain on redemption. | A | Interest | | | Redeemed | 06/01/19 | K | | |
| 157. WASHINGTON ST 4% VP DUE 07/01/20 | A | Interest | K | T | | | | | |
| 158. LOUDOUN CNTY VA W/S 4%28 COMB UTIL DUE 01/01/28 CALLABLE 01/01/23 | A | Interest | K | T | | | | | |
| 159. MA ST SCH BLDG A 3.05%28 EXCISE TAX DUE 08/15/28 CALLABLE 08/15/25 | A | Interest | K | T | | | | | |
| 160. SNOHOMSH CN WA SD15 5%28 GO UTX DUE 12/01/28 CALLABLE 06/01/24 | B | Interest | K | T | | | | | |
| 161. KING CNTY WA SD #41 5%29 GO UTX DUE 12/01/29 CALLABLE 06/01/25 AT 100. | A | Interest | K | T | Buy | 06/26/19 | K | | |
| 162. | | | | | | | | | |
| 163. MUTUAL FUND HELD WITH MUTUAL FUND CO. DIRECTLY (H) | | | | | | | | | |
| 164. Fidelity Puritan Fund | A | Dividend | L | T | | | | | |
| 165. --Capital gain distributions | B | Distribution | | | | | | | |
| 166. | | | | | | | | | |
| 167. BANK ACCOUNTS (H): | | | | | | | | | |
| 168. Wells Fargo money mkt. Acct. | A | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. Wells Fargo (Wachovia Bank) checking account | A | Interest | K | T | | | | | |
| 170. PNC Bank | A | Interest | J | T | | | | | |
| 171. | | | | | | | | | |
| 172. IRA ACCOUNT NO. 1 (H): | | | | | | | | | |
| 173. --Charles Schwab Bank (name changed on statements from Schwab Bank) | A | Interest | J | T | | | | | |
| 174. --Ametek Inc New | A | Dividend | J | T | Buy | 05/17/19 | J | | |
| 175. --Amphenol Corp. Class A | A | Dividend | J | T | | | | | |
| 176. --ANSYS INC | | None | J | T | Sold (part) | 12/04/19 | J | B | |
| 177. --Autozone Inc. | | None | J | T | | | | | |
| 178. --Becton Dickinson & Co. (got in merger of C R Bard into this company) | A | Dividend | J | T | | | | | |
| 179. --Church & Dwight Inc | A | Dividend | J | T | | | | | |
| 180. --Comcast | A | Dividend | J | T | | | | | |
| 181. --Costco | A | Dividend | J | T | | | | | |
| 182. --Fair Isaac Co. (FICO) | | None | J | T | Buy | 08/30/19 | J | | |
| 183. --FED. FARM CREDIT SYSTEM 3%23 DUE 04/25/23 CALLABLE 04/25/19 | A | Int./Div. | | | Redeemed | 04/25/19 | J | | |
| 184. Fiserv (FISV) | | None | J | T | Buy | 03/12/19 | J | | |
| 185. --Intuit | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186.  --Lab Co. of Amer. Hldg. | | None | J | T | | | | | |
| 187.  --Schein Henry Inc. | | None | J | T | Buy | 05/17/19 | J | | |
| 188.  --Marathon Pete Corp. | A | Dividend | J | T | | | | | |
| 189.  --Taiwan Semiconductor | A | Dividend | J | T | | | | | |
| 190.  --Target Corp bond 3.875% 07/15/2020 | A | Interest | K | T | | | | | |
| 191.  --Toro Co. | A | Dividend | J | T | | | | | |
| 192.  --Walt Disney Co. (DIS) | A | Dividend | J | T | | | | | |
| 193. | | | | | | | | | |
| 194.  IRA ACCOUNT NO. 2(H): | | | | | | | | | |
| 195.  --Charles Schwab Bank (name changed on statements from Schwab Bank) | A | Interest | J | T | | | | | |
| 196.  --FARM CREDIT SYSTEM 3%23 DUE 04/25/23 CALLABLE 04/25/19 | A | Interest | | | Redeemed | 04/25/19 | J | | |
| 197.  --FARM CREDIT SYSTEM 2%DUE 6/28/23 | A | Interest | J | T | Buy | 06/24/19 | J | | |
| 198.  --APPLE INC 2.85%23 DUE 02/23/23 | A | Interest | J | T | | | | | |
| 199.  --MICROSOFT CORP 4.2%19 DUE 06/01/19 | A | Interest | | | Redeemed | 06/01/19 | J | | |
| 200.  --3M Co. 3%25 | A | Interest | J | T | Buy | 05/02/19 | J | | |
| 201.  --Ansys | | None | J | T | Sold (part) | 12/06/19 | J | B | |
| 202.  --Autozone Inc. | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 203. --Becton Dickinson & Co. | A | Dividend | J | T | | | | | |
| 204. --Church & Dwight | A | Dividend | J | T | | | | | |
| 205. --Comcast | A | Dividend | J | T | | | | | |
| 206. --Costco Wholesale | A | Dividend | J | T | | | | | |
| 207. --Covertus (spinoff from Schein Henry) | | | | | Spinoff<br>(from line 217) | 02/11/19 | J | | |
| 208. | | | | | Sold | 06/04/19 | J | A | |
| 209. --Fair Issac (FICO) | | None | J | T | Buy | 08/30/19 | J | | |
| 210. --Fiserv Inc. | | None | J | T | | | | | |
| 211. --Gartner Inc. | | None | J | T | | | | | |
| 212. --Harris Corp. | A | Dividend | J | T | | | | | |
| 213. --HONEYWELL INTL INC | A | Dividend | J | T | | | | | |
| 214. --Laboratory Corp. of America Hldgs. | | None | J | T | | | | | |
| 215. --McCormick & Co. Inc Non Voting | A | Dividend | J | T | Sold<br>(part) | 12/04/19 | J | B | |
| 216. --Nike Inc. Class B | A | Dividend | J | T | | | | | |
| 217. --Schein Henry Inc. | | None | J | T | | | | | |
| 218. --Starbucks Corp. | A | Dividend | J | T | | | | | |
| 219. --Taiwan Semiconductor Mfg ADR | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/18/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 220. --American Tower Corp. | A | Dividend | J | T | Buy | 03/12/19 | J | | |
| 221. | | | | | | | | | |
| 222. INSURANCE POLICIES (CASH SURRENDER VALUES) (H): | | | | | | | | | |
| 223. Mass Mutual Life Ins. Co. (S is insured) Whole life policy. | B | Dividend | L | T | | | | | |
| 224. Mass. Mutual Life Ins. Co. (I am insured) Whole life policy. | B | Dividend | L | T | | | | | |
| 225. Gen. American Life Ins. Co. (now known as MetLife) Whole life policy. | | None | K | T | | | | | |
| 226. | | | | | | | | | |
| 227. REAL PROPERTIES (H): | | | | | | | | | |
| 228. House No. 1 ("O/C") in Chesterfield Co., Va. | E | Rent | M | S | | | | | |
| 229. Assessed 01/31/19, effective 01/01/19, at $199,300 at 100% of value | | | | | | | | | |
| 230. House, Richmond, Va. Assessed in 2019 | D | Rent | M | S | | | | | |
| 231. at 100% of value as of 01/01/2020 at $197,000 | | | | | | | | | |
| 232. House, Property No. 2 in Chesterfield Co., Va. | E | Rent | M | S | | | | | |
| 233. Assessed 01/31/19, effective 01/01/19, at $226,100 at 100% of value | | | | | | | | | |
| 234. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Teel, Jr., Samuel M.** | 05/18/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 192: I corrected the report to add Walt Disney Co. (DIS) as an asset in the first IRA account.  I accidentally deleted it as an asset in the account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Samuel M. Teel, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544